IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00140-LTB-MEH

ADAM BURKE,

    Plaintiff,

v.

GARFIELD COUNTY SHERIFF'S DEPARTMENT,
LOU VALLARIO, Sheriff of Garfield County Sheriff's Department, in his official capacity, and
SCOTT DAWSON, Commander, Garfield County Sheriff's Department, in his official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 19, 2008.**

    For good cause shown, the parties' Joint Motion for Stipulated Amendment to the Proposed Scheduling Order [filed May 16, 2008; doc #11] is **granted**. The Scheduling Order in this matter shall be amended as follows:

**7. CONSENT:** The parties do *not* consent to the exercise of jurisdiction of a magistrate judge.