IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00140-LTB-MEH

ADAM BURKE,

    Plaintiff,

v.

GARFIELD COUNTY SHERIFF'S DEPARTMENT,
LOU VALLARIO, Sheriff of Garfield County Sheriff's Department, in his official capacity, and
SCOTT DAWSON, Commander, Garfield County Sheriff's Department, in his official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2008.**

    Defendants' Unopposed Motion for Order to Allow Inmate Deposition [filed October 9, 2008; docket #21] is **granted**. Defendants are permitted to take the deposition of Plaintiff Adam Burke at the Mesa County Jail, Grand Junction, Colorado in accordance with Fed. R. Civ. P. 30 and all applicable court rules.