IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00140-LTB-MEH

ADAM BURKE,

    Plaintiff,

v.

GARFIELD COUNTY SHERIFF'S DEPARTMENT,
LOU VALLARIO, Sheriff of Garfield County Sheriff's Department, in his official capacity, and
SCOTT DAWSON, Commander, Garfield County Sheriff's Department, in his official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 5, 2008.**

    Defendants' Unopposed Motion for Entry of Protective Order [filed December 4, 2008; docket #33] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.