IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00140-LTB-MEH

ADAM BURKE,

        Plaintiff,

v.

GARFIELD COUNTY SHERIFF'S DEPARTMENT; and
LOU VALLARIO, Sheriff of Garfield County Sheriff's Department, in his official capacity; and
SCOTT DAWSON, a Commander in the Garfield County Sheriff's Department, in his official capacity,

        Defendants.
_____

## ORDER
_____

Upon Mandate from the Tenth Circuit Court of Appeals issued on June 2, 2010. In its opinion issued May 11, 2010, the Tenth Circuit concluded:

> "The judgment of the district court dismissing the action is AFFIRMED, but the case is REMANDED with directions to clarify the nature of the dismissal [viz. without prejudice] in accordance with the principles expressed herein."

Accordingly and pursuant to the mandate

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

                                              BY THE COURT:


                                                s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, JUDGE

DATED: August 18, 2010